Reversed and Remanded and Memorandum Majority and Dissenting Opinions
filed November 30, 2004









Reversed
and Remanded and Memorandum Majority and Dissenting Opinions filed
November 30, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00205-CV

____________

 

HOUSTON
WELDING SUPPLY CO., INC., Appellant

 

V.

 

JAMES
AL.C.@ JOHNSON, Appellee

____________________________________________________

 

On Appeal from
the 113th District Court

Harris County, Texas

Trial Court Cause No. 03-31661

____________________________________________________

 

M E M O R A N D U M   D I S S E N T I N
G   O P I N I O N

 

I respectfully dissent.  

 








In reviewing the return of service,
we should give a fair, reasonable and natural construction to its intent and
meaning.  Brown-McKee, Inc. v. J.F.
Bryan & Assoc., 522 S.W.2d 958, 959 (Tex. App.CTexarkana 1975, no writ).  I would hold that the record, as a whole,
including the petition, citation and return, supports appellee=s assertion that appellant was
properly served with process.  See Regalado v. State, 934 S.W.2d 852, 854 (Tex.
App.C Corpus Christi 1996, no writ)

 

/s/        Charles
W. Seymore

Justice

 

Judgment
rendered and Memorandum Majority and Dissenting Opinions filed
November 30, 2004.

 

Panel
consists of Chief Justice Hedges and Justices Hudson and Seymore.  (Hedges, C.J., majority.)